The Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEBORAH MCDANIEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BROOKLYN BEDDING LLC,<br><br>Defendant. | No. 3:24-cv-05100-LK<br><br>**STIPULATED MOTION TO EXTEND DEADLINES AND [PROPOSED] ORDER**<br><br>Noted for Consideration:<br>October 23, 2024 |

STIPULATED MOTION TO EXTEND DEADLINES AND [PROPOSED] ORDER (Case No. 3:24-cv-05100-LK)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Plaintiff Deborah McDaniel and Defendant Brooklyn Bedding, LLC stipulate as follows:

The Court on October 15, 2024, issued an Order to Show Cause (Order) as to why the Court should not stay this case pending the Ninth Circuit's decision in *Montes v. SPARC Group*, LLC, No. 23-35496. *See* Dkt. 34. The Court directed the parties to file a response to the Order by October 29, 2024 if there was a joint response, and if not, then Plaintiff is to respond by October 29, 2024 and Defendant is to respond by November 5, 2024. Order, at 5.

As a result of deadlines in other cases, including other cases involving the same counsel for each party, existing commitments, and travel plans, both parties wish to extend the respective deadlines by two more weeks, to allow the parties time to confer with their clients and each other on this issue. Therefore the parties stipulate to a proposed joint request to continue any joint response to the Court until November 12, 2024, and if separate responses, Plaintiff to respond by November 12, 2024, and Defendant by November 19, 2024.

Stipulated and jointly presented this 23rd day of October, 2024, by:

Davis Wright Tremaine LLP
By *s/ Fred B. Burnside*
   Fred B. Burnside, WSBA #32491
   920 Fifth Avenue, Suite 3300
   Seattle, WA 98104-1610
   Telephone: 206-622-3150
   E-mail: fredburnside@dwt.com

*Attorney for Defendant Brooklyn Bedding*

Carson & Noel PLLC
By *s/ Wright A. Noel*
   Wright A Noel, WSBA #25264
   20 Sixth Avenue Northeast
   Issaquah, WA 98027
   Telephone: 425-395-7786
   Email: wright@carsonnoel.com

Dovel & Luner LLP
By *s/ Simon Franzini*
   Simon Franzini (*pro hac vice*)
   201 Santa Monica Blvd, Suite 600
   Santa Monica, CA 90401
   Telephone: 310-656-7066
   Email: simon@dovel.com

*Attorneys for Plaintiff Deborah McDaniel*

STIPULATED MOTION TO EXTEND DEADLINES AND [PROPOSED] ORDER (Case No. 3:24-cv-05100-LK) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

# [PROPOSED] ORDER

This matter comes before the Court on the Parties' Stipulated Motion to Extend Deadlines and [Proposed] Order. The Court GRANTS the Parties' Stipulated Motion and establishes the following briefing schedule:

- The deadline for any joint response to the Order to Show Cause (Dkt. 34) is November 12, 2024;

- If the parties do not agree on a joint response, the deadline for Plaintiffs to file a response is November 12, 2024, and the deadline for Defendant's response is November 19, 2024.

IT IS SO ORDERED

DATED this ____ day of _____, 2024

_____
The Honorable Lauren King
UNITED STATES DISTRICT JUDGE

Presented by:

Davis Wright Tremaine LLP
*Attorney for Defendant Brooklyn Bedding*

By: *s/ Fred B. Burnside*
    Fred B. Burnside, WSBA #32491
    920 Fifth Avenue, Suite 3300
    Seattle, WA  98104-1610
    Telephone: 206-622-3150
    E-mail: fredburnside@dwt.com

STIPULATED MOTION TO EXTEND DEADLINES AND [PROPOSED] ORDER (Case No. 3:24-cv-05100-LK) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax