HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEBORAH MCDANIEL, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>BROOKLYN BEDDING LLC,<br><br>*Defendant*. | Case No. 3:24-cv-05100-LK<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE
Case No. 3:24-cv-05100-LK

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Deborah McDaniel dismisses, with prejudice, all claims against Defendant Brooklyn Bedding LLC.

Dated: October 24, 2024              Respectfully submitted,

By: *s/ Simon Franzini*
Simon C. Franzini (Cal. Bar No. 287631)*
simon@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

Wright A. Noel, WSBA No. 25264
Carson & Noel, PLLC
20 Sixth Ave. NE
Issaquah WA 98027 Tel: 425-395-7786
Fax: 425-837-5396
Email: wright@carsonnoel.com

*Counsel for Plaintiff*

*Admitted *Pro Hac Vice*

---

NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE
Case No. 3:24-cv-05100-LK

1

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066